THE HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR20-162 RAJ |
| Plaintiff, | ORDER GRANTING MOTION TO SEAL |
| vs. | |
| FRANKLIN J. LICONA-RIVERA, | |
| Defendant. | |

THIS MATTER comes before the Court upon Defendant Franklin J. Licona-Rivera's Motion to Seal the Declaration of Robert D. Butler. Having considered the motion, and the files and pleading herein, and finding good cause,

IT IS ORDERED that Defendant Licona-Rivera's Motion to Seal (Dkt. # 23) is GRANTED. The Declaration of Robert D. Butler shall remain under seal.

DATED this 7th day of April, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge