THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>         v.<br><br>FRANKLIN LICONA-RIVERA,<br><br>                Defendant. | No. 2:20-cr-00162-RAJ<br><br>ORDER ON MOTION TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL |

THE COURT has considered the Motion to Withdraw as Counsel for Defendant Franklin Licona-Rivera filed by defense counsel Robert Butler (Dkt. # 22), and the records and files in this case.  Having conducted a hearing on this date, for the reasons set forth orally on the record,

IT IS NOW ORDERED that Robert Butler is permitted to withdraw as defense counsel in this matter, and that new counsel shall be appointed to represent Mr. Licona-Rivera Garcia from the CJA panel.  Mr. Butler shall remain counsel of record until successor counsel has been appointed.

DATED this 9th day of April, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1
(*United States v. Licona-Rivera*; CR20-162RAJ)