Judge Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FRANKLIN LICONA-RIVERA,<br><br>　　　　　　Defendant. | NO. CR20-00162 RAJ<br><br>ORDER EXTENDING<br>PRETRIAL MOTIONS DEADLINE |

THIS MATTER has come before the Court on the unopposed motion of Defendant Franklin Licona-Rivera to extend the pretrial motions deadline. Having considered the unopposed motion, and finding good cause, the Court GRANTS the motion (Dkt. # 30). The Court orders that the pretrial motions deadline as to Defendant Licona-Rivera is extended until May 24, 2021.

DATED this 28th day of April, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER EXTENDING PRETRIAL
MOTIONS DEADLINE
*US vs. Licona-Rivera*, CR20-00162 RAJ

Hart Jarvis Murray Chang PLLC
155 NE 100th Street, Ste. 210
Seattle, WA 98125
(206) 735-7474