1

2

3

4

5                                                          Hon. Richard A. Jones

6

7

8                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
                             AT SEATTLE

UNITED STATES OF AMERICA,                   NO.  CR20-162 RAJ

                    Plaintiff,

        vs.                                 ORDER GRANTING DEFENDANT'S
                                            UNOPPOSED MOTION TO CONTINUE
FRANKLIN LICONA-RIVERA,                     TRIAL DATE AND PRETRIAL
                                            MOTIONS DEADLINE
                    Defendant.


        THIS COURT has considered the unopposed motion to continue trial date and

pretrial motion deadline in this matter and finds that:

        (a)   Taking into account the exercise of due diligence, a failure to grant a

continuance in this case would deny counsel for the defendant the reasonable time

necessary for effective preparation due to counsel's need for more time to review the

evidence, consider possible defenses and gather evidence material to the defense; and

        (b)   A failure to grant such a continuance in this proceeding would likely result

in a miscarriage of justice; and

        (c)   The ends of justice will best be served by a continuance, and the ends of

justice outweigh the best interests of the public and the defendant in any speedier trial;

and

        (d)   All these findings are made within the meaning of 18 USC §3161(h)(7)(A)

and (B)(i) and (iv).

ORDER GRANTING MOTION TO                              Hart Jarvis Murray Chang PLLC
CONTINUE TRIAL AND PRETRIAL                             155 NE 100th Street, Ste. 210
MOTIONS DEADLINE -1                                         Seattle, WA 98125
*USA vs. Licona-Rivera*, CR20-162 RAJ                        (206) 735-7474

1
2
3
4

IT IS THEREFORE ORDERED that Defendant's Unopposed Motion to Continue Trial Date and Pretrial Motions Deadline (Dkt. # 44) is GRANTED.  The trial date in this matter is continued to April 25, 2022.  All pretrial motions, including motions in limine, are due no later than March 3, 2022.

5
6
7

IT IS FURTHER ORDERED that the period of delay from the date of this order to the new trial date of April 25, 2022, is excludable time pursuant to 18 USC §3161(h)(7)(A).

8
9

DATED this 29th day of September, 2021.

10
11
12

_____
The Honorable Richard A. Jones
United States District Judge

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29

ORDER GRANTING MOTION TO
CONTINUE TRIAL AND PRETRIAL
MOTIONS DEADLINE -2
*USA vs. Licona-Rivera*, CR20-162 RAJ

Hart Jarvis Murray Chang PLLC
155 NE 100th Street, Ste. 210
Seattle, WA 98125
(206) 735-7474