Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  vs.<br><br>FRANKLIN LICONA-RIVERA,<br><br>               Defendant. | NO. CR20-162 RAJ<br><br>ORDER GRANTING MOTION TO PROCEED WITH GUILTY PLEA BY VIDEO OR TELEPHONE CONFERENCE |

       THIS COURT has considered the stipulated motion to proceed with guilty plea by video or telephone hearing, along with the records and files in this case and the General Orders currently in effect.

       THE COURT FINDS that the circumstances are as set forth in the stipulated motion and that a video/telephonic guilty plea hearing may take place on March 1, 2022 at 11 a.m. because further delays in this case would cause "serious harm to the interests of justice," for the reasons set forth in the stipulated motion. S*ee* General Order No. 03-22. Accordingly,

       THE COURT ORDERS that the parties may proceed with a plea hearing by telephone and/or video conference on March 1, 2022 at 11 a.m., consistent with current procedures established by this Court.

       DATED this 28th day of February, 2022.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge
ORDER GRANTING MOTION FOR GUILTY PLEA BY VIDEO/TELEPHONE CONFERENCE - 1
*USA vs. Licona-Rivera*, CR20-162 RAJ

Hart Jarvis Murray Chang PLLC
155 NE 100th Street, Ste. 210
Seattle, WA 98125
(206) 735-7474